# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELESTE EDWARDS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:22-cv-11492-PBS |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

The parties have reached a settlement of this matter, which is being finalized. Once complete, the plaintiff, Celeste Edwards, will voluntarily dismiss this matter, with prejudice.

    Respectfully Submitted.
    Defendant,
    RUSHMORE LOAN MANAGEMENT SERVICES, LLC,
    By its attorneys,
    LOCKE LORD LLP,

    */s/ Krystle G. Tadesse*
    Krystle G. Tadesse (BBO # 673899)
    2800 Financial Plaza
    Providence, RI 02903
    (401) 528-5873
    krystle.tadesse@lockelord.com

Date: December 16, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of December, 2022, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Krystle G. Tadesse*

131060580v.1