UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELESTE EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 22-11492-PBS |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC ) | |
| Defendant. ) | |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the notice of settlement filed on December 16, 2022, on the above-entitled action, it is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within thirty (30) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk


/ s / Clarilde Geraldino-Karasek
Deputy Clerk

DATED: December 22, 2022